Amended CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Patricia Suzette Garcia-James**<br>DOB: 1990; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>25-3475MJ |

Amended Complaint for violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(B)(i)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about December 24, 2025, in the District of Arizona, **Patricia Suzette Garcia-James**, knowing and in reckless disregard of the fact that certain illegal aliens, including Braulio Hernandez-Estrada, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On December 24, 2025, in the District of Arizona (Naco), at approximately 10:50 p.m., Border Patrol agents (BPAs) at the Naco Tactical Operation Center (TOC) identified a vehicle drive southbound on Paloma Trail and then quickly turnaround and drive northbound. Paloma Trail is approximately one mile north of the international boundary fence and it is frequently used by alien smuggling organizations as a load up location for drivers to pick up illegal aliens for further transport into the United States. As field agents responded to the area, TOC agents monitoring the vehicle via cameras observed that it stopped and dropped off one individual. Field agents, arriving in the area, then observed a grey Ford Explorer with Arizona license plate HAA5TV as it crossed the San Pedro River. Field agents confirmed with TOC agents that the Explorer was the vehicle the TOC agents were observing. Field agents initiated a stop on Hereford Road and the Explorer yielded. BPAs approached the Explorer and observed a single occupant, the driver. Agents also noted that the rear passenger seats were folded up and a cellphone was on the muddy floorboards. BPAs asked the driver, later identified as **Patricia Suzette Garcia-James**, about a passenger and her irregular route of travel. **Garcia** stated she had seen a person wearing a dark hoodie and dark jeans and decided to pick him up but then dropped him off in an area not close to any homes or businesses. **Garcia** further stated she did not know whose cellphone was on the floorboards of her vehicle. When asked, **Garcia** stated she had no firearms in the vehicle. She then consented to a search of her vehicle and BPAs found a loaded firearm in the center console.

While BPAs were conducting the investigation of **Garcia**, other BPAs in the field responded to the area where the individual had been seen exiting the Explorer. BPAs found a male individual, later identified as Braulio Hernandez-Estrada, with clothing matching the description of the individual **Garcia** said she picked up. Agents conducted an immigration inspection and determined Hernandez was a Mexican national illegally present in the United States. Records checks revealed Hernandez does not possess the proper documentation to enter, pass through, or remain in the United States legally. BPAs notified the agents talking to **Garcia** that they had apprehended the illegal alien. Agents arrested **Garcia** for alien smuggling.
**Continued on next page.**

MATERIAL WITNESS IN RELATION TO THE CHARGE: Braulio Hernandez-Estrada

| Detention Requested<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br><br>*/signature/*<br>OFFICIAL TITLE<br>Nick Piccolo<br>Border Patrol Agent |
|---|---|
| Sworn by telephone __x__ | |
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*/signature/* | DATE<br>~~December 22, 2025~~ **December 29, 2025** |

[1] See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54
Reviewing AUSA: Price

Material witness, Braulio Hernandez-Estrada stated that he is a citizen and national of Mexico. He stated he arranged to pay $6,000 to be smuggled to his final destination in the United States. When asked, Hernandez stated that he had two phones with him when he illegally entered the United States. He further stated that the phone on his person when he was arrested did not work. Hernandez stated the phone found in **Garcia's** car was his working phone and he left it in the car when the driver told him to get out when she realized that Border Patrol was coming after them. Hernandez was shown a six-pack photo lineup and was unable to identify the driver.

After waving her *Miranda* rights, **Patricia Suzette Garcia-James** stated she was traveling home to Tucson after visiting family in Douglas when she received a phone call from a Mexican phone number asking her if she wanted to make some quick money. **Garcia** stated she was in some financial trouble and the person offered her $1,000 to pick up someone and transport them to the shuttle in Tucson. **Garcia** stated that once she received the pin drop location of the person via WhatsApp, she knew she was going to pick up an illegal alien. Once she picked up the individual, **Garcia** stated she only drove for about two minutes before the alien advised her to stop and let him out. **Garcia** said she was then pulled over by Border Patrol a few minutes later.